# United States District Court
**EASTERN DISTRICT OF TEXAS**
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:14-CR-172(17) |
| | § | Judge Mazzant |
| CHRISTIAN BALS GARCIA-LUNA (17) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 20, 2015, the report of the Magistrate Judge (Dkt. #160) was entered containing proposed findings of fact and recommendations that Defendant Christian Blas Garcia-Luna's Motion to Suppress Statement and To Exclude Evidence Obtained Therefrom (Dkt. #140) be denied as moot. The Magistrate Judge further recommended that Defendant Christian Blas Garcia-Luna's Amended Motion to Suppress Statement and to Exclude Evidence Obtained Therefrom (Dkt. #156) be granted, and any and all post-*Miranda* statements given by Defendant after his arrest, and any evidence seized as a result of the subsequent search, be suppressed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report (Dkt. #160) as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Christian Blas Garcia-Luna's Motion to Suppress Statement and To Exclude Evidence Obtained Therefrom (Dkt. #140) is **DENIED** as moot.

It is further **ORDERED** that Defendant Christian Blas Garcia-Luna's Amended Motion to Suppress Statement and to Exclude Evidence Obtained Therefrom (Dkt. #156) is **GRANTED**, and any and all post-*Miranda* statements given by Defendant after his arrest, and any evidence seized as a result of the subsequent search, are hereby suppressed.

**IT IS SO ORDERED.**
**SIGNED this 12th day of August, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE